IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFLAWED GOODSOUL, DOCTRINAIRE,

    Plaintiff,

    v.

Case No.  20-cv-362-jdp

ALL BLACK U.S INHABITANTS,
ALL HISPANIC U.S. INHABITANTS,
AND UNITED STATES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |