FILED/REC'D

United States District Court for the 7th Circuit

District of *Wisconsin (Western)*

File Number _____

DOC NO
REC'D/FILED

2020 JUN -8 PM 12: 38

PETER OPPENEER
CLERK US FIST COURT
WD C. WI

CLERK U.S.
BANKRUPTCY COURT
WD OF WI

| | |
|---|---|
| AFlawed GoodSoul, DoctrinAire,<br>Plaintiff<br><br>v.<br><br>FCC/State of Florida, et al;<br><br>UNITED STATES;<br><br>UNITED STATES;<br><br>UNITED STATES;<br><br>ALL     BLACK     U.S.<br>INHABITANTS,<br>ALL    HISPANIC    U.S.<br>INHABITANTS,<br>UNITED STATES;<br><br>{{ALL}}  PSYCHOLOGICAL<br>WORKERS,<br>{{ALL}}    PSYCHIATRIC<br>WORKERS,<br>UNITED STATES;<br><br>UNITED STATES<br><br>, Defendants | Notice of Appeal<br><br>WESTERN      DISTRICT<br>CONGLOMERATION:<br><br>20-cv-244-jdp, 20-cv-245-jdp,<br>20-cv-246-jdp, 20-cv-353-jdp,<br>20-cv-362-jdp, 20-cv-363-jdp,<br>and 20-cv-371-jdp |

(1)

Notice is hereby given, in bulk of case designation notwithstanding the courts conglomeration currently of a bulk dismissal, as stated by the singular dismissal in all above named cases, hereby, the petitioner appeals to the United States Court of Appeals for the 7th Circuit (from the final judgment) from an unprocessed order called specifically crazy without appointment of a guardian ad litem or warento nescuint mortem or response of a parens patriae instruction on how wrong it is to sue one's otherwise faultering country for punitive damages. The entered action was the 29 day of April, 2020.

(s) _____

AFlawed GoodSoul, DoctrinAire
1-541-300-5495
aflawedgoodsoul1028@gmail.com

PRO SE PETITIONER
Address: 615 E Washington Ave.
Madison, WI 53703